# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE GAMBLE, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION OFFICE OF FIELD ) <br> PROGRAMS, MARTIN EBEL, Director of ) <br> Field Management Programs, KATHERINE ) <br> KORES, District Director, and SYLVIA ) <br> HALL, Enforcement Supervisor, ) <br> Defendants. ) | No. 16-cv-2402-SHL-dkv |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation ("Report") filed on July 6, 2016. (ECF No. 5.) In her Report, the Magistrate Judge granted Plaintiff's Motion to Proceed *In Forma Pauperis* and recommended *sua sponte* that Plaintiff's *Pro Se* Complaint (ECF No. 1) be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

Pursuant to the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and

Recommendation, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 23rd day of August, 2016.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE